**Electronically Filed**
**Supreme Court**
**SCWC-15-0000030**
**16-JUL-2018**
**10:47 AM**

SCWC-15-0000030

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TERI NGUYEN,
Petitioner/Plaintiff-Appellant,

vs.

LAUREL YANAGI,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000030; CASE NO. 3RC14-1-493K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Teri Nguyen's

application for writ of certiorari filed on June 12, 2018, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, July 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

